# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 31 MM 2015

Respondent :

v. :

TIMOTHY DENNIS, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of March, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.